**No. 42505.**—Protest 972429–G of Mexican-American Hat Co. (St. Louis).

Opinion by TILSON, J. The record shows that certain items consist of hats similar to those involved in Abstract 41630. The claim at 12½ percent ad valorem under paragraph 1504 (b) (5) and T. D. 48075 was sustained.

**No. 42506.**—Protest 646284–G of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. On the record presented the protest was dismissed.

**No. 42507.**—Protests 670201–G, etc., of Joshua Hoyle & Sons (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp. Co.* v. *United States* (T. D. 49290) the protests were sustained.

**No. 42508.**—Petition 5904–R of Hans Unfried (Buffalo).

Opinion by KINCHELOE, J. Being satisfied that the entry was made without any intention to defraud the revenue, the court granted the petition.

**No. 42509.**—Protest 424335–G of B. H. Dyas Corp. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and Abstract 34928 the articles in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

**No. 42510.**—Protests 906582–G, etc., of New York Mdse. Co., Inc., et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.